Case 1:21-mj-00353-RMM   Document 1

Case: 1:21−mj−00353
Assigned To : Meriweather, Robin M.
Assign. Date : 4/2/2021
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

Your affiant, Christopher E. Drabicki, is a Special Agent with the Federal Bureau of Investigation (FBI) and has been in that position since June 2014. As a Special Agent, I am authorized by law to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws. I am currently tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021.

Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States. The dates listed in this Affidavit should be read as "on or about" dates.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President

Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

As detailed below, during the course of the investigation into the events of January 6, 2021, law enforcement learned that **THOMAS B. ADAMS, JR. (ADAMS)** of Springfield, Illinois, traveled to the District of Columbia to participate in a rally and protest at the U.S. Capitol and gained entry inside the U.S. Capitol on January 6, 2021.

On January 7, 2021, the global news and lifestyle publication *Insider* published an article by Abigail Higgins on the internet titled "Men who joined in violently storming the U.S. Capitol describe a carnival atmosphere inside."[1]

The article reported that **THOMAS ADAMS**, 39, traveled from Springfield, Illinois for a rally at the U.S. Capitol on January 6, 2021, and was one of the first people to set foot in the U.S. Capitol. The article described **ADAMS**' account as follows:

a. The article reported **ADAMS** trampled over police barricades and made his way into the halls of government eventually reaching the Senate chamber, where lawmakers had been evacuated.

b. The article quoted **ADAMS** describing the events, "It was a really fun time." **ADAMS**, wearing a President Trump flag around his neck, later showed cell phone footage of his escapades to a journalist.

c. The article reported **ADAMS**' account of the events and was also backed up by his video and posts on social media. **ADAMS** saw people scaling the scaffolding on the side of the building and followed them.

d. The article reported when **ADAMS** got to the top, he observed rioters smash a window on the building ahead of him and make entry. The same rioters began opening doors and letting people inside the U.S. Capitol, including **ADAMS**.

e. The article further reported that **ADAMS**' video confirmed his account that there was a line of police officers waiting in the hallway to see what the people who breached the U.S. Capitol building would do next. The article quoted **ADAMS**: "They weren't really doing much. A few of them had batons, just waiting to see if we'd try to push past them."

---

[1] https://www.insider.com/men-who-broke-into-the-capitol-describe-a-carnival-atmosphere-2021-1.

      f.      The article reported **ADAMS** followed the mob down the hallway and onto the floor of the chamber. Inside, a shirtless man with an animal skin headdress and his face painted red, white, and blue stood at the speaker's chair, wielding a bullhorn and flexing his biceps.

      g.      In the article, **ADAMS** was quoted describing the scene as "hilarious." **ADAMS** continued to film on his phone while people walked up and down the Senate halls, taking selfies and calling their families. Others tore drawers open and pulled reams of documents out of desks, spreading them over tables and throwing them across the floor.

Your affiant conducted public record database checks which revealed a **THOMAS B. ADAMS JR.**, (39 years of age), with a last known address including a street name and number located in Springfield, Illinois (the Residence).

On January 7, 2021, your affiant conducted a drive-by spot check of the Residence and observed a 2013 Volkswagen Passat, Illinois license plate number [redacted], parked in the driveway of the Residence. A check of vehicle registration records revealed **ADAMS** as the registered owner of a gray 2013 Volkswagen Passat, Illinois license plate matching that observed by your affiant and registered to the Residence in Springfield, Illinois.

On February 4, 2021, your affiant interviewed **ADAMS**. **ADAMS** admitted to being at the Capitol, and in the U.S. Capitol building. **ADAMS** admitted to being on the floor of the Senate on January 6, 2021. **ADAMS** said that the door to the U.S. Capitol building was open when **ADAMS** walked in. **ADAMS** said that he did not realize that things were not peaceful until after he and his friend walked into the Capitol building over broken glass.

**ADAMS** said that after walking into the Capitol building, **ADAMS** turned around and realized the person who held the door open was holding a door open that had a broken window. **ADAMS** said that he and his friend thought it was supposed to be a peaceful occupy. Other than to occupy, **ADAMS** said that he did not go into the Capitol building with an agenda. They did not try to destroy anything inside the Capitol building, he said.

**ADAMS** described the inside of the U.S. Capitol building as "beautiful." **ADAMS** said that he understood that they did not want them inside the building but believed it was a public access building. **ADAMS** said he did not realize they had illegally breached the building until he was walking on glass. By the time **ADAMS** and his friend got there, he said the door was open and there were people pouring in. **ADAMS** said he saw people running into the building and grabbing stuff to take with them. Once **ADAMS** saw the doors open, he said he thought they were going to occupy the building. **ADAMS** said he thought to himself, "What are they going to do if a half a million people are here and standing inside of a building and want to be heard?" **ADAMS** said he did not know who the "Proud Boys" were until approximately five days before they arrived. **ADAMS** said he did know until he got home that a group of black people, calling themselves the "Not Fucking Around Crew" (NFAC), were also there on that day. **ADAMS** said he heard there were possible factions of Antifa that were there that possibly created the problem that started in the Rotunda.

ADAMS said he and his friend didn't walk towards the Capitol until the large group started walking there.  ADAMS said that by the time he and his friend got to the U.S. Capitol, there was no fenced-in perimeter.  When they got closer to the U.S. Capitol building, ADAMS said he heard concussion grenades going off.  When they approached the back steps of the Capitol building, ADAMS said he observed people crying and dumping water all over themselves. ADAMS said he recorded videos of himself and his friend inside the Capitol building.  A screen capture of ADAMS' friend that ADAMS took inside the Capitol on January 6, 2021, with his cell phone showed:



ADAMS identified the photo to your affiant, said that he took it with his own cell phone, and that it was taken inside the U.S. Capitol and that it depicted his friend who was also present at and in the U.S. Capitol on January 6, 2021.  ADAMS said that he and his friend entered the building from the back door, where people had breached with window washing equipment. ADAMS said they were let in the building and then forced out of one of the side doors.

ADAMS said that the worst thing that he did while he was inside the Capitol building was to try to find his friend's glasses on the ground as they were being pushed out of the door. ADAMS said that his friend got shoved into a female cop by a group of people that were arguing with the cops.  A male cop grabbed his friend's glasses and ripped them off his face so they could try and mace him.  ADAMS said he attempted to upload a couple cell phone videos he recorded to his Snapchat account.  ADAMS said he heard other people yelling, "Let's take the

White House," and "Let's storm this place and show them they can't make us leave," and "They can't arrest us all." Eventually, **ADAMS** said, they walked up some stairs to get to the Senate floor. Inside the Senate chambers, **ADAMS** said he observed other individuals going through desks and a guy in a Viking hat near the podium leading a prayer.

**ADAMS** confirmed with you affiant that he was the person in a photograph inside the U.S. Capitol building on the Senate chamber floor. **ADAMS** identified himself as the person in the photograph below holding the Trump flag on the floor of the U.S. Senate.



**ADAMS** said he believed there were some people there that had an agenda, while other innocent people got caught up in it. **ADAMS** said he didn't believe that everyone there should be in trouble because not everyone did things that were wrong, and some people felt they were peacefully entering a building. On their way back to **ADAMS**' vehicle after leaving the Capitol building, **ADAMS** said he and his friend spoke with a journalist, Abigail Higgins. **ADAMS** and his friend told Higgins about what they observed inside the Capitol building. **ADAMS** said he

was not aware that Higgins published an article which quoted **ADAMS** and his friend and their account of being inside the Capitol building.

**ADAMS** showed your affiant cell phone videos he recorded with his cell phone of the outside and inside of the U.S. Capitol building on January 6th, 2021. **ADAMS** signed a consent form and produced a wooden dowel rod that **ADAMS** said was his friend's, for the purpose of affixing a Trump flag to it with zip ties, and a blue "Trump 2020" flag that **ADAMS** stated he wore around his neck while he was inside the Capitol building.

Your affiant reviewed **ADAMS**' driver's license photograph, social media posted photographs, and photographs and videos identified by **ADAMS**. All images appear to depict the same individual known to your affiant as **THOMAS B. ADAMS, JR.**

On February 4, 2021, your affiant seized **ADAMS**' cell phone pursuant to a search warrant. The cell phone was the same cell phone identified by **ADAMS** as the one he used in the U.S. Capitol. A subsequent analysis of **ADAMS**' phone revealed the following still shot images of a video in **ADAMS**' cell phone inside the Chambers of the Floor of the U.S. Senate.





Also discovered on **ADAMS**' cell phone was the following still shot image of a video taken inside the U.S. Capitol.



Additionally, a still shot image of video found on **ADAMS**' cell phone showing the forced entry into the U.S. Capitol building.



Based on the foregoing, your affiant submits that there is probable cause to believe that **THOMAS B. ADAMS, JR.** violated 18 U.S.C. §§ 1752(a)(1) and (2), which make it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to

do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions or attempts or conspires to do so. For purposes of Section 1752, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that **THOMAS B. ADAMS, JR.** violated 18 U.S.C. § 1512(c)(2), which make it a crime to corruptly (2) otherwise obstruct, influence, or impede any official proceeding, or attempts to do so.

Finally, your affiant submits there is also probable cause to believe that **THOMAS B. ADAMS, JR.** violated 40 U.S.C. §§ 5104(e)(2)(D) and (G), which make it a crime to willfully and knowingly (D) engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress, and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
CHRISTOPHER E. DRABICKI
SPECIAL AGENT, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 2nd day of April 2021.

_____
HON. ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE